ANNA HAMILTON, Respondent, v. SIMON KARP and HARRY WASHNITZER,

Appellants.— Order denying defendants' motion to dismiss complaint for lack of prosecution affirmed, without costs. No opinion. Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.